*Judge Gardepe*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

'08 CIV 7105

| |
|---|
| PPL ENERGYPLUS, LLC |

Plaintiff,

-v-

SARACEN MERCHANT ENERGY LP

Defendant.

Case No._____

**Rule 7.1 Statement**

AUG 08 2008

U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Plaintiff PPL EnergyPlus, LLC   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Plaintiff is a Pennsylvania limited liability company that is wholly owned by PPL Energy Supply, LLC and is not publicly held; PPL Energy Supply, LLC is a Delaware Limited Liability Company that is wholly owned by PPL Energy Funding Corp., and is not publicly held; PPG Energy Funding Corp. is a Pennsylvania Corporation that is wholly owned by PPL Corporation, and is not publicly held; and PPL Corporation is a Pennsylvania Corporation that is publicly traded on the New York and Philadelphia Stock Exchanges.

Based upon SEC filings, there is no one shareholder that holds 10% or more of PPL Corporation's common stock.

**Date:** August 8, 2008 _____

_____
**Signature of Attorney**

**Attorney Bar Code:** MG 6000 _____