AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Southern    DISTRICT OF    New York

## APPEARANCE

Case Number: 1:08-cv-07105 (PGG)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

PPL EnergyPlus, LLC

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/14/2008 | *(signature)* |
| Date | Signature |
| | Benito Delfin Jr.  —  BD-1216 |
| | Print Name  —  Bar Number |
| | 1221 Avenue of the Americas |
| | Address |
| | New York   NY   10020 |
| | City    State    Zip Code |
| | (212) 398-4883   (212) 768-6800 |
| | Phone Number   Fax Number |